UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: 4:12CV1853 HEA ) |
| GENNY AND CHAD LARKIN, | ) ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Attorneys' Fees and Expenses, [Doc. No. 98]. The Court granted this motion and ordered Plaintiff to submit a detailed statement of its fees and expenses. Plaintiff has done so, and has supported the statement with the affidavits and declarations of Sherri King from State Auto, and attorneys Cockerham and Smith. Defendants have not objected to the requested attorneys' fees and expenses. The Court has reviewed the submissions and finds the claimed amount is reasonable and justifiable. Based on the detailed statement, affidavits and declarations, Plaintiff is awarded $213,198.31 in attorneys' fees and expenses to be paid by Defendants jointly and severally.

Dated this 27th day of May, 2016.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE